UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                        )<br>       Plaintiff,                                    )<br>                                                        )<br>v.                                                     )<br>                                                        )<br>DEVON RENARD STOKES,              )<br>aka Devon Mandela-Stokes,             )<br>                                                        )<br>       Defendant.                              )<br>                                                        )<br>_____)  | 3:10-CR-00025-LRH-VPC<br><br>SPECIAL VERDICT |

The Defendant, Devon Renard Stokes, is charged by Indictment with two counts of mail fraud, in violation of 18 U.S.C. § 1341. Doc. #1. On April 28, 2010, the Defendant filed a notice pursuant to Federal Rules of Criminal Procedure 12.2(a) and 12.2(b) of his intent to rely on an insanity and/or mental disease or defect defense at trial. Doc. #15. Following the completion of a court-ordered psychiatric evaluation to determine competency and insanity at the time of the offense, on May 24, 2011, the parties filed a Stipulation for a Non-Jury Trial in which the defendant waived his right to a jury trial and the parties agreed to entry of a verdict of not guilty only by reason of insanity upon stipulated facts. Doc. #34. On May 24, 2011, following a hearing on the stipulation, the court accepted the defendant's waiver of jury trial and took the matter under submission. Doc. #33.

Upon careful review of the stipulated facts presented, including the incorporated reports of

1  Cynthia A. Low, Ph.D, the court hereby adopts the stipulated facts as recited and finds by clear and
2  convincing evidence that, at the time of the commission of the acts constituting the offense, the
3  defendant, as a result of a severe mental disease or defect, was unable to appreciate the nature and
4  quality or the wrongfulness of his acts.
5      IT IS THEREFORE ORDERED that the court finds the Defendant, Devon Renard Stokes,
6  NOT GUILTY ONLY BY REASON OF INSANITY on the offenses charged in the Indictment.
7      IT IS SO ORDERED.
8      DATED this 25th day of July, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2