UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:10-CR-025-LRH-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR CONDITIONAL RELEASE |
| v. | ) | |
| | ) | |
| DEVON RENARD STOKES, | ) | |
| aka Devon Mandela-Stokes, | ) | |
| | ) | |
| Defendant. | ) | |

This matter having come before the Court for a status hearing on March 20, 2012 to consider whether the Defendant, Dr. Devon Renard Stokes, should be released from the custody of the Federal Bureau of Prisons (BOP), and after considering the January 26, 2012 psychiatric and psychological forensic evaluation signed by Kwanna Williamson, M.D., Staff Psychiatrist, Mental Health Department, and Carlton Pyant, Ph.D., Staff Psychologist, which was submitted by Sara M. Revell, Complex Warden, BOP, Federal Medical Center, Butner, North Carolina, certifying that pursuant to 18 U.S.C. § 4243(f) "Mr. Stokes' release at this time would not present a substantial risk of bodily injury to another person or serious damage to the property of another due to mental disease or defect, statements presented to the Court by Kim Spoon, National Master Guardian, Guardianship Services of Nevada, Inc., Dr. Lynette Stokes, the Defendant's sister, Michael Keane, Esq., Guardian *ad litem* , and Dr. Devon Renard Stokes, as well as the arguments of counsel for both parties,

/ / /

IT IS HEREBY ORDERED that pursuant to the provisions of 18 U.S.C. § 4243(f)(2), the Defendant, Dr. Devon Renard Stokes, be conditionally released subject to the following regimen of medical, psychiatric, or psychological care or treatment: the Defendant is released, subject to the direction of his court appointed guardian, Guardianship Services of Nevada, Inc., which was appointed as a guardian for the Defendant by the Second Judicial District Court, Washoe County, Reno, Nevada, in the matter of the Guardianship of the person and estate of Devon Stokes, an adult ward, Case No. GR10-00102, in the Family Division of the Second Judicial District of the State of Nevada, in and for the County of Washoe, and shall abide by all of the rules and regulations imposed by that court and Guardianship Services of Nevada, Inc., including the regimen of medical, psychiatric, or psychological care or treatment prepared for him. This conditional release shall be for a period not to exceed one year at which time the court will schedule another status hearing to determine whether the Defendant can be discharged from federal custody or continued on conditional release. During this one-year period of conditional release, Guardianship Services of Nevada, Inc. shall file periodic progress reports with this Court every 90 days.

DATED this 21st day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE