UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:10-cr-00025-LRH-VPC |
| Plaintiff, ) | |
| vs. ) | ORDER |
| ) | |
| DEVON RENARD STOKES, ) | |
| ) | |
| Defendants. ) | |

Before the court is the parties' Joint Motion for Order of Discharge Pursuant to Title 18 United States Code Section 4243(f)[1]. The parties move the court for entry of an order of unconditional discharge based upon the following reasons.

First, it is the opinion of the treating psychologist and the executive director of the entity providing psychological services that Dr. Stokes "is functioning at an extremely high level at the present time and is capable and competent to manage his own affairs. That is, in financial, business, social, and professional areas, Dr. Stokes is at a level commensurate with his age and expected stature in the community."

Second, it is the recommendation of the treating psychiatrist, whose medical care Dr. Stokes has been under during his conditional release pursuant to 18 U.S.C. § 4243(f)(2), that Dr. Stokes has recovered from his mental disease or defect to such an extent that would support immediate discharge.

Third, Dr. Stokes, with the assistance of counsel, has followed through and obtained the dismissal of the pending Nevada state court charges which arose during the time period set forth

---

[1] Refers to the court's docketing number.

1  in the federal indictment.

2  The court has thoroughly reviewed the parties' joint motion, and good cause appearing,

3  IT IS HEREBY ORDERED that the Joint Motion for Order of Discharge (42) is

4  GRANTED and Defendant is granted an immediate and unconditional discharge from federal

5  custody pursuant to Title 18 U.S.C. § 4243(f).

7  IT IS SO ORDERED.

8  DATED this 11th day of June, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE